UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81106-CIV-MIDDLEBROOKS/WHITE
(CASE NO. 09-CR-80015-MIDDLEBROOKS)

ANTHONY NIX,

       Movant,

v.

UNITED STATES OF AMERICA,

       Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Movant's *pro se* Motion to Vacate (Cv-DE 1) pursuant to 28 U.S.C. § 2255, in which he attacks his conviction and sentence entered in Case No. 09-CR-80015-MIDDLEBROOKS.

This matter was referred to the Honorable United States Magistrate Judge Patrick A. White, who issued a Report (Cv-DE 16) recommending that the Motion to Vacate be denied. (Cv-DE 16 at 12). Judge White also recommended that a Certificate of Appealability should not issue. (*Id.*). Additionally, Judge While issued a Supplemental Report (Cv-DE 19) addressing whether Movant should be permitted to amend his Motion to Vacate. Judge White recommended that Movant's Motion to vacate be denied, and that a certificate of appealability on the amendment issue be denied. Movant filed his objections to the initial Report on August 23, 2013. (*See* Cv-DE 18).[1] After carefully considering the Motion to Vacate (Cv-DE 1), the Government's response (Cv-DE 10) as well as their exhibits, Movant's objections (Cv-DE 18), Movant's motion to amend (Cv-DE 14), and the Government's response (Cv-DE 17), and having conducted a *de novo* review of the entire case file, it is hereby

---

[1] The Court nevertheless considers this filing as timely.

1

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report (Cv-DE 16) and Supplemental Report (Cv-DE 19) are **RATIFIED, ADOPTED, AND APPROVED** in their entirety.

It is further hereby

**ORDERED AND ADJUDGED** that the Motion to Vacate (Cv-DE 1) is **DENIED** and any request for a Certificate of Appealability shall be **DENIED**.

It is further hereby

**ORDERED AND ADJUDGED** that Movant's Motion to Amend (DE 14) is **DENIED** and any request for a Certificate of Appealability as to amendment shall be **DENIED**.

It is further hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 25 day of November, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record;
     Anthony Nix, *pro se*